NUMBER 13-01-431-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


IN RE: NUECES COUNTY, TEXAS AND SHERIFF LARRY OLIVAREZ

____________________________________________________________________


On petition for writ of mandamus from County Court at Law No. 1 

of Nueces County, Texas.

____________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Yanez and Castillo

Opinion Per Curiam



Relators, Nueces County, Texas and Sheriff Larry Olivarez, have filed a motion to dismiss their petition for writ of
mandamus. In the motion, relators state that the underlying case has been resolved and that the issue before this Court is
now moot. Relators request that this Court dismiss their petition for writ of mandamus.

The Court, having considered the documents on file and relators' motion to dismiss the petition for writ of mandamus, is of
the opinion that the motion should be granted. Relators' motion to dismiss is granted, and the petition for writ of
mandamus is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 16th day of August, 2001 .